UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>    Plaintiff,<br><br>v.<br><br>JOIE DE VIVRE HOSPITALITY LLC,<br><br>    Defendant. | Case No. 18-cv-06587-JSC<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE**<br><br>Re: Dkt. No. 14 |

By Order filed July 29, 2019, the Court ordered Plaintiff to file a status update by August 5, 2019. (Dkt. No. 14.) The Court issued the order because the docket had not reflected any activity since December 17, 2019, suggesting that the deadlines set forth in General Order 56 were not being followed. As of the date of this Order, Plaintiff has not filed the status update and has not otherwise communicated with the Court. Accordingly, Plaintiff is ordered to show cause why this action should not be dismissed for a failure to prosecute and to follow the Court's orders. Plaintiff shall file his response to the Order to Show Cause by September 30, 2019. Plaintiff is warned that a failure to file a response by the deadline may lead to dismissal of this action with prejudice.

**IT IS SO ORDERED.**

Dated: September 23, 2019

JACQUELINE SCOTT CORLEY
United States Magistrate Judge